AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Oregon

United States of America
v.
NOE DANIEL MACIAS-FRAUSTO

*Defendant*

Case No.   3:11-CR-30-MO

FILED'11 3 3 14:50USDC-ORP

RECEIVED UNITED STATES MARSHAL 11 FEB 28 AM 11:53 PORTLAND, OREGON

UNDER SEAL

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   NOE DANIEL MACIAS-FRAUSTO ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE;
ALIEN IN POSSESSION OF A FIREARM;
DISTRITRIBUTION OF METHAMPHETAMINE;
CRIMINAL FORFEITURE ALLEGATION

Date: 02/28/2011

*Issuing officer's signature*

City and state:   Portland, Oregon

M. Kirkland, Deputy Clerk
*Printed name and title*

Overlay handwritten: DATE 3/3/11 ARRESTED BY U.S. Marshals FROM FDC Sheridan BY Meyer U.S. MARSHAL

### Return

This warrant was received on *(date)* _____ and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*