FILED'11 APR 20 15:07 USDC-ORP

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>v.<br><br>Noe Daniel MACIAS-FRAUSTO,<br><br>                Defendant. | Case No. CR 11-30-MO<br><br>EX PARTE ORDER FOR ISSUANCE OF SUBPOENAS AND FOR WITNESS FEES AT GOVERNMENT EXPENSE |

The *Ex Parte* Application For Issuance of Subpoenas and for Witness Fees at Government Expense of Defendant Noe Daniel Macias-Frausto having come before the Court, and the Court having considered the same,

IT IS HEREBY ORDERED that the clerk issue ten (10) subpoenas to Defendant's counsel as requested to be served on behalf of the Defendant at government expense, and that the costs and fees incurred by the process and for witness fees be paid as provided by 28 C.F.R. §§ 21.1 *et seq.*

DATED this 20 day of April, 2010.

_____
The Honorable Michael W. Mosman
United States District Court Judge

Submitted by:

_____
Benjamin T. Andersen, OSB 06256
Attorney for Defendant

PAGE 1 – EX PARTE ORDER FOR ISSUANCE OF SUBPOENAS AND FOR WITNESS FEES AT GOVERNMENT EXPENSE
      United States v. MACIAS-FRAUSTO,
      USDC Oregon Case No. CR 11-30-MO